# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THALES S.A. and GEMALTO N.V.,<br><br>Defendants. | Case No.: 1:19-cv-00569-BAH |

## ORDER APPOINTING MONITORING TRUSTEE

Upon consideration of the United States' Unopposed Motion to Appoint a Monitoring Trustee, and for good cause shown, it is hereby ordered:

Julie Myers Wood is appointed as Monitoring Trustee effective immediately, with the responsibilities set forth in the proposed Final Judgment, ECF No. 2-1, Ex. A.

SO ORDERED.

DATED: *July 1, 2019*

HON. BERYL A. HOWELL
United States District Judge